# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 5:09-cr-56-Orl-22GRJ

**DALILA DEL CARMEN DURAN-AREVALO**
_____

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge ( Doc. No. 13 ), to which there has been no notice of objection filed by the Government and no notice of objection filed by the Defendant, the plea of guilty of the defendant to Counts One and Two of the Indictment is now accepted and the defendant is adjudged guilty of such offenses. A sentencing Hearing has been scheduled for February 27, 2010, under separate notice.

**DONE** and **ORDERED** in Chambers, at Orlando, Florida, on February 8, 2010.

Copies furnished to:

United States Attorney
Counsel for Defendant

ANNE C. CONWAY
United States District Judge